# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS PEDRITO GONZALES, <br><br> Defendant. | Case No. 21-cr-00362-BAS-1 <br><br> **ORDER REGARDING LETTER (ECF No. 54)** |

The Court received a pro se letter from Defendant Jesus Pedrito Gonzales about where he is being housed while serving his sentence. As part of Defendant's sentence, the Court recommended to the Bureau of Prisons that Defendant be placed at FCI Tucson. (Sentencing Tr., ECF No. 55.)

This Court's recommendation to the Bureau of Prisons is given some weight by the government, but it does not control. "While a [district court] has wide discretion in determining the length and type of sentence, the court has no jurisdiction to select the place where the sentence will be served. Authority to determine place of confinement resides in the executive branch of government and is delegated to the Bureau of Prisons." *United States v. Ceballos*, 671 F.3d 852, 855 (9th Cir. 2011).

1     <u>Therefore, the Court directs the Clerk to provide a copy of Defendant's letter
2  (ECF No. 54) to his counsel of record.  The Court also directs the Clerk to mail a
3  copy of the Sentencing Transcript (ECF No. 55) with this Order to Defendant.</u>

4     **IT IS SO ORDERED.**

6  **DATED: June 13, 2022**

                                   Hon. Cynthia Bashant
                                   United States District Judge